JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., | Case No.  CV 17-9189-GW(MRWx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| GRAVITY TRADING, INC., et al., | |
| Defendants. | |

Based upon the Notice of Dismissal of Remainder of Action [46], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE